# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ELAINE CUNNINGHAM-DIRKS, *et al.*, <br><br>Plaintiffs, <br><br>vs. <br><br>STATE OF NEVADA, *et al.*, <br><br>Defendants. | 2:12-cv-00590-PMP-VCF <br><br>**MINUTE ORDER** <br><br>[Joint Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1 and FRCP 26(f) Special Scheduling Review Requested #60] |

Before the Court is the Joint Discovery Plan and Scheduling Order Submitted in Compliance with LR 26-1 and FRCP 26(f) Special Scheduling Review Requested. (#60).

On April 11, 2012, Plaintiffs filed the Complaint (#1) and an Amended Complaint (#4) on July 10, 2012. The first responsive pleading was filed on August 2, 2012. (#8). The parties propose discovery cut-off date to be set for January 14, 2014. The Discovery Plan and Scheduling Order (#60) does not provide a reason for why the parties are seeking longer discovery deadlines. Pursuant to Local Rules 26-1(d), "[p]lans requesting special scheduling review shall include, in addition to the information required by Fed. R. Civ. P. 26(f) and LR 26-1(e), a statement of the reasons why longer or different time periods should apply to the case."

IT IS HEREBY ORDERED that the parties must file a revised Joint Discovery Plan and Scheduling Order in compliance with LR 26-1 and Fed. R. Civ. P. 26(f) on or before January 25, 2013.

DATED this 18th day of January, 2013.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE