UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELAINE CUNNINGHAM-DIRKS, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> STATE OF NEVADA, *et al.*, <br><br>  Defendants. | 2:12-CV-00590-PMP-VCF <br><br> <u>ORDER</u> |

No objections having been filed to the Report and Recommendation of Magistrate Judge Ferenbach (Doc. #94) that Plaintiff's Claims 1, 2, 3, 4, 5, 6, 7 and 8 be dismissed with prejudice, and finding upon *de novo* review that the record supports the Recommendation of the Magistrate Judge,

**IT IS ORDERED** that the Report and Recommendation of Magistrate Judge Ferenbach (Doc. #94) is AFFIRMED, and Plaintiffs' Claims above are hereby DISMISSED with prejudice.

DATED this 25th day of November, 2013.

PHILIP M. PRO
United States District Judge