UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ELAINE CUNNINGHAM-DIRKS, *et al.*, | 2:12-CV-00590-PMP-VCF |
| Plaintiffs, | ORDER |
| v. | |
| STATE OF NEVADA, *et al.,* | |
| Defendants. | |

On November 25, 2013, the Court entered an Order (Docs. #97 & #98) granting Defendant Summerlin Hospital Medical Center LLC's Motion for Summary Judgment.  Eleven days later, on December 6, 2013, Plaintiffs filed a Motion for Continuance (Doc. #99).  Plaintiffs' Motion describes pro se Plaintiffs' medical condition and their difficulty in actively litigating this case.  Plaintiffs explain that their failure to timely respond to Defendant Summerlin Hospital's Motion for Summary Judgment (Doc. # 91) resulted from the medical condition of Elaine Cunningham-Dirks.  Although their Motion is styled as a "Request for Continuance", the Court views it effectively as a Motion to Stay these proceedings for a period of five (5) months.  Acknowledging sympathy for Plaintiffs' medical condition, Defendant Summerlin Hospital nonetheless opposes Plaintiffs' Motion.

///

The Court concludes, however, under the circumstances the relief requested by Plaintiffs should be granted in part. Specifically,

**IT IS ORDERED** that Plaintiff's Motion (Doc. # 99) is GRANTED to the extent that all further proceedings in this case are hereby STAYED to and including May 1, 2014, and the Judgment (Doc. #98) entered November 25, 2013 is hereby VACATED.

**IT IS FURTHER ORDERED** that Plaintiffs' obligation to file a Reply Memorandum (See Doc. #100) to the instant Motion for Continuance is also VACATED.

**IT IS FURTHER OFFERED** that Plaintiffs shall have until **May 6, 2014** within which to file a Late Response to Defendant Summerlin Hospital's Motion for Summary Judgment (Doc. #91). If no such Response if filed by May 6, 2014, the Judgment (Doc. #98) previously entered will be reactivated. If an Opposition to Defendants' Motion for Summary Judgment is filed by Plaintiffs on or before May 6, 2014, Defendant Summerlin Hospital shall have to and including **May 20, 2014** within which to file a Supplemental Reply Memorandum whereupon the Court will reconsider Defendants' Motion for Summary Judgment (Doc. #91) in light of any Late Response filed by Plaintiffs.

DATED this 23rd day of December, 2013.

_____
PHILIP M. PRO
United States District Judge