UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ELAINE CUNNINGHAM-DIRKS, et al., )
)
        Plaintiffs, )
)   2:12-CV-00590-PMP-VCF
v. )
)
STATE OF NEVADA, et al., )   ORDER CONFIRMING DISMISSAL
)
        Defendants. )
_____)

      Plaintiffs Elaine Cunningham-Dirks and Dewey Dirks having failed to comply with this Court's Order (Doc. #102) of December 23, 2013, and for the reasons set forth in Defendant Summerlin Hospital Medical Center LLC's Supplemental Reply in Support of Summary Judgment (Doc. #103) filed on May 21, 2014,

      IT IS ORDERED that this Court's Order and Judgment dismissing this action (Doc. ##97, 98) are hereby CONFIRMED and this action is DISMISSED.

DATED: September 23, 2014

                                 _____
                                 PHILIP M. PRO
                                 United States District Judge